```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 24976
   ANNIE L HENDERSON
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-4206

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/02/2004 and was confirmed 08/19/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  11.27%.

     The case was paid in full 08/16/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
AMERICAN GENERAL FINANCE   SECURED             2500.00       145.29       2500.00
AMERICAN GENERAL FINANCE   UNSECURED OTH        412.71          .00         46.54
AT & T WIRELESS            FILED LATE             .00          .00           .00
AT & T BANKRUPCTY          UNSECURED         NOT FILED         .00           .00
CAPITAL ONE BANK           UNSECURED           1547.25         .00         174.44
ECAST SETTLEMENT CORP      UNSECURED           7444.41         .00         839.28
INSTANT CASH ADVANCE       UNSECURED         NOT FILED         .00           .00
JC PENNY                   UNSECURED         NOT FILED         .00           .00
NATIONAL QUIK CASH         UNSECURED         NOT FILED         .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED              .00          .00           .00
B-FIRST LLC                UNSECURED            883.77         .00          99.64
SIR FINANCE                UNSECURED           1896.00         .00         213.76
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY        1,100.20                   1,100.20
TOM VAUGHN                 TRUSTEE                                         280.86
DEBTOR REFUND              REFUND                                          149.99

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                5,550.00

PRIORITY                                         .00
SECURED                                     2,500.00
    INTEREST                                  145.29
UNSECURED                                   1,373.66
ADMINISTRATIVE                              1,100.20
TRUSTEE COMPENSATION                          280.86
DEBTOR REFUND                                 149.99
                       --------------      --------------
TOTALS                 5,550.00             5,550.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 04 B 24976 ANNIE L HENDERSON
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/29/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 24976 ANNIE L HENDERSON